IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,                CRIMINAL NO.   19-1631-4 KWR

vs.

**OMRAM, LLC**,

        Defendant.

### ORDER DISMISSING OMRAM, LLC FROM THE INDICTMENT WITHOUT PREJUDICE

THIS MATTER having come before the Court on the written motion of the United States to dismiss corporate defendant OMRAM, LLC from the First Superseding Indictment filed November 5, 2019, in cause number 19-1631 KWR, and the Court being fully advised in the premises, FINDS that the corporate DEFENDANT OMRAM, LLC only is dismissed from the First Superseding Indictment without prejudice because it is in the interests of justice. All other co-defendants and charges will remain.

IT IS THEREFORE ORDERED that corporate defendant OMRAM, LLC will be dismissed from the First Superseding Indictment in cause number 19-1631 KWR without prejudice.

_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE

Submitted by:

*Electronically Signed*
Letitia Carroll Simms
Assistant U.S. Attorney